JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO FERNANDEZ, ) | Case No. EDCV 11-00690 VAP (DTBx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| FREDDIE MAC, CHASE HOME ) FINANCE, RESIDENTIAL ) MORTGAGE CAPITAL. MERS ) CORP. ET AL, ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed July 8, 2011, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: October 5, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge